IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20574
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIX HERNANDEZ-PEDRAZA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-389-3
--------------------
July 12, 2000

Before DAVIS, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:[*]

Felix Hernandez-Pedraza appeals from a judgment entered after a jury convicted him of conspiracy to transport illegal aliens. He argues that the Government presented insufficient evidence to support the conclusion that he knew the aliens were in the United States illegally. We have reviewed the record and find no reversible error. Viewed in the light most favorable to the verdict, the evidence was sufficient to support the verdict. See United States v. Shabazz, 993 F.2d 431, 441 (5th Cir. 1993).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.